IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| INSIGNIA TECHNOLOGY SERVICES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 23-1770 |
| ) | (Judge Hertling) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| COMPUTER WORLD SERVICES ) | |
| CORPORATION, ) | |
| ) | |
| Defendant-Intervenor. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's October 11, 2023 Order, ECF No. 11, the parties have conferred regarding further proceedings in this case. The Air Force has agreed to a voluntary stay at this time, and is conferring internally to determine how long it can agree to continue the stay. Defendant will notify the parties and the Court of its determination. The parties set forth the following proposed briefing schedule, to be followed by a hearing at the Court's convenience. The parties have also conferred with counsel for the other parties who have filed protests of the award at issue, either in this Court or at the Government Accountability Office: Allicent Technology, LLC; Inserso Corporation; and INT Network Engineering & Technology Services, LLC. Each party stated through counsel that it agrees to the briefing schedule set forth below. Once all protests have been filed in the Court of Federal Claims, the parties will jointly move for consolidation.

| Event | Deadline |
|---|---|
| October 27, 2023 | Administrative Record |
| November 17, 2023 | Any Amended Complaints<br><br>Plaintiffs' Motions for Judgment on the Administrative Record (MJARs) |
| December 6, 2023 | Defendant and Defendant-Intervenor's Cross-MJARs |
| December 13, 2023 | Plaintiffs' Replies |
| December 20, 2023 | Defendant and Defendant-Intervenor's Replies |

/s/ Daniel J. Strouse
Daniel J. Strouse (attorney of record)
Laurel Hockey
Cordatis LLP
1011 Arlington Boulevard
Suite 375
Arlington, Virginia 22209
Phone: (202) 342-2550
Fax: (202) 342-6147
www.cordatislaw.com
Email: dstrouse@cordatislaw.com

*Attorneys for Plaintiff*

s/ Matthew T. Schoonover
Matthew T. Schoonover
SCHOONOVER & MORIARTY LLC
130 N. Cherry Street, Ste. 300
Olathe, KS 66061
(913) 354-2630
mschoonover@SchoonoverLawFirm.com

*Attorney for Intervenor-Defendant*

October 18, 2023

Respectfully submitted,

BRIAN M. BOYNTON

Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Assistant Director

/s/ Kelly Geddes
KELLY GEDDES
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-2867
Kelly.Geddes2@usdoj.gov

*Attorneys for Defendant*